■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLIVER WRIGHT, Appellant. [— NYS2d —]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme

Court, Kings County (Marrus, J.), imposed April 11, 2007, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Dickerson and Hall, JJ., concur.